**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
MUHAMMAD AHMAD ABDALLAH        :
AL ANSI, et al.,               :
                               :
     Petitioners,              :
                               :
     v.                        :      Civil Action No. 08-1923 (GK)
                               :
BARACK H. OBAMA, et al.,       :
                               :
     Respondents.              :
_____:
```

**ORDER**

A telephone conference was held on the record in this case on September 23, 2010 in response to Petitioner Al-Ansi's Request for a Status Conference [Dkt. No. 169]. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioner shall file any opposition to the Government's Motion to Amend the Scheduling Order by **6:00 p.m. on September 30, 2010.** The Government's reply is due no later than **October 4, 2010 at 6:00 p.m.;** and it is further

**ORDERED**, that the parties shall keep open the weeks of January 24-28, 2011, January 31-February 4, 2011, and February 16-25, 2011 as possible dates for a Merits Hearing.


September 23, 2010

/s/
Gladys Kessler
United States District Judge